1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email: service@mission.legal
5
   Attorneys for Plaintiff
6  Albert Dytch

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  ALBERT DYTCH,                              ) No. 3:16-cv-06459-MMC
                                               )
12         Plaintiff,                          ) **STIPULATION TO CONTINUE LAST**
                                               ) **DATE TO MEET AND CONFER UNDER**
13     vs.                                     ) **GENERAL ORDER 56 AND RELATED**
                                               ) **DATE; [PROPOSED] ORDER**
14  ENRIQUE ALEJANDRO GUZMAN dba               )
    LOS DOS HERMANOS, et al.,                  )
15                                             )
                                               )
16         Defendants.                         )
                                               )
17  _____       )

18

19         WHEREAS, on November 4, 2016, the Court issued a Scheduling Order for Cases

20  Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the

21  Scheduling Order");

22         WHEREAS, the joint site inspection required pursuant to General Order 56 and the

23  Scheduling Order took place on December 19, 2016;

24         WHEREAS, the Scheduling Order requires that the parties, and their counsel, meet and

25  confer in person no later than 28 days after the joint site inspection, here, January 16, 2017;

26         WHEREAS, it is Plaintiff's position that the December 19, 2016 joint site inspection

27  did not meet the in-person meet and confer requirement of General Order 56 as Plaintiff

28  himself was not present. Plaintiff has now provided Defendants a list of all conditions he

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56
AND RELATED DATE; [PROPOSED] ORDER

1  asserts are non-compliant at the subject property and for which he seeks injunctive relief, as

2  well as his proposed non-monetary terms of settlement. The parties are working together to

3  resolve any questions or disputes and, once the injunctive relief has been tentatively agreed

4  upon, Plaintiff will promptly provide his monetary demand as required by General Order 56.

5        WHEREAS, defense counsel asserts that the meet and confer obligation was met as her

6  clients and CASP consultant attended and met with Plaintiffs' counsel and CASP consultant.

7  Defendants do not agree that a second in person meet and confer is necessary.  Defense counsel

8  asserts that since the consultants and parties are currently negotiating the resolution of the

9  repair items to obviate the need for an action; it is unnecessary to hold a second meet and

10  confer especially here where Plaintiff's counsel is not prepared to provide defendants with a

11  monetary demand.

12        WHEREAS, the parties have agreed that the meet and confer may take place on

13  February 28, 2017 at 11:00 a.m. or a stipulated date agreed upon by the parties on or before

14  March 17, 2017 in the event the meet and confer cannot take place as currently scheduled (to

15  avoid the filing of repeated stipulations which wastes the parties' resource, and more

16  importantly, the court's time);

17        NOW, THEREFORE, it is hereby stipulated by and between Plaintiff, Albert Dytch,

18  and Defendants, Enrique Alejandro Guzman dba Los Dos Hermanos, Luz Maria Guzman dba

19  Los Dos Hermanos, and Alicia Guzman through their respective counsel, that the meet and

20  confer required under General Order 56 and this Court's Scheduling Order take place on

21  February 28, 2017 at 11:00 a.m., or a stipulated date agreed upon the parties on or before

22  March 17, 2017.

23        IT IS FURTHER STIPULATED that if a settlement of the matter is not reached at the

24  meet and confer, that Plaintiff shall file a Notice of Need for Mediation within 14 days of the

25  meet and confer.

26        IT IS SO STIPULATED.

27

28

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56
AND RELATED DATE; [PROPOSED] ORDER

1   Dated: January 17, 2017            MISSION LAW FIRM, A.P.C.

2

3                                      /s/ Tanya E. Moore
                                       Tanya E. Moore
4                                      Attorneys for Plaintiff,
                                       Albert Dytch
5

6   Dated: January 17, 2017            GHANTOUS LAW CORPORATION

7

8                                      /s/ Karyne T. Ghantous
                                       Karyne T. Ghantous
9                                      Attorneys for Defendants,
                                       Enrique Alejandro Guzman dba Los Dos
10                                     Hermanos, Luz Maria Guzman dba Los Dos
                                       Hermanos, and Alicia Guzman
11

12                              **ATTESTATION**

13   Concurrence in the filing of this document has been obtained from each of the individual(s)
14   whose electronic signature is attributed above.

15                                     /s/ Tanya E. Moore
                                       Tanya E. Moore
16                                     Attorneys for Plaintiff
                                       Albert Dytch
17

18                                **ORDER**

19        The parties having so stipulated and good cause appearing,

20        **IT IS HEREBY ORDERED** that the in person meet and confer required by this

21   Court's Scheduling Order and General Order 56 shall take place no later than March 17, 2017
                                                                               ^

22        **IT IS FURTHER ORDERED** that if the parties are unable to reach a settlement of

23   this matter at the in person meet and confer, Plaintiff shall file a Notice of Need for Mediation

24   within 14 days of the meet and confer.

25   **IT IS SO ORDERED**.

26

27   Dated: January 18, 2017

28                                     United States Senior District Judge

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56
AND RELATED DATE; [PROPOSED] ORDER