IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>        Plaintiff,<br><br>   v.<br><br>ENRIQUE ALEJANDRO GUZMAN, et al.,<br><br>        Defendants. | Case No. 16-cv-06459-MMC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt No. 13 |

Plaintiff having advised the Court that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that plaintiff's claims against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: February 16, 2017

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge