1 | Tanya E. Moore, SBN 206683
2 | MISSION LAW FIRM, A.P.C.
  | 332 North Second Street
  | San Jose, California 95112
3 | Telephone (408) 298-2000
  | Facsimile (408) 298-6046
4 | Email: service@mission.legal

5 | Attorneys for Plaintiff
  | Albert Dytch

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT DYTCH, | No. 3:16-cv-06459-MMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE;** <s>**[PROPOSED]**</s> **ORDER** |
| vs. | |
| ENRIQUE ALEJANDRO GUZMAN dba LOS DOS HERMANOS, et al., | |
| Defendants. | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants Enrique Alejandro Guzman dba Los Dos Hermanos, Luz Maria Guzman dba Los Dos Hermanos, and Alicia Guzman, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed **without prejudice**.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that the Parties have entered into a Stipulated Judgment, attached hereto as Exhibit "A," which provides for judgment to be entered in Plaintiff's favor in the event that Defendants default on their obligations under the Parties' settlement agreement. The Parties request that the Court retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

Dated: February 27, 2017          MISSION LAW FIRM, A.P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff,
                                  Albert Dytch

Dated: February 27, 2017          GHANTOUS LAW CORPORATION

                                  */s/ Karyne T. Ghantous*
                                  Karyne T. Ghantous
                                  Attorneys for Defendants,
                                  The Guzman Corporation dba La Pinata #1 and
                                  Alicia Guzman, Trustee of the Francisco Javier and
                                  Alicia Guzman Revocable Living Trust, dated
                                  August 5, 2004

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed **without prejudice**. The Court will retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

**IT IS SO ORDERED**.

Dated: February 28, 2017

_[signature]_
United States District Judge